# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153249

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

AARON WILLIAMS,
      Defendant-Appellant.

SC: 153249
COA: 323876
Genesee CC: 13-033526-FC

_____/

      On order of the Court, the application for leave to appeal the January 19, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2016

Clerk

a1212